# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>DAVID CALDERA,<br><br>Defendant(s). | Case No. 2:03-CR-553 JCM (RJJ)<br><br>ORDER |

Presently before the court is the case of *United States of America v. Caldera*, case number 2:03-cr-00553-JCM-RJJ.

On August 27, 2015, the parties filed a joint stipulation for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).  (Doc. # 62). The parties have reached an agreement concerning a discretionary sentence reduction for defendant David Caldera.

Included in the joint stipulation is a declaration from the defendant consenting to the entry of an amended sentence and setting forth the appropriate waivers.  (Doc. # 62). The joint stipulation also contains a certification by defense counsel that counsel has communicated with the defendant and that the defendant consents to the proposed resolution. Finally, the joint stipulation sets forth the amended guidelines sentencing range as calculated by the parties and an agreement to a particular sentence.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' joint stipulation (doc. # 62) be, and the same hereby is, GRANTED. Defendant David Caldera shall receive the agreed upon sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant's sentence of imprisonment on count one is reduced to 135 months' imprisonment (for a total sentence of 195 months). All other provisions of the judgment dated November 1, 2004, are to remain in effect. The effective date of defendant's sentence reduction shall be November 1, 2015.

DATED September 8, 2015.

_____
UNITED STATES DISTRICT JUDGE